1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARIA DeLOURDES CUEVAS, | CASE NO.: EDCV 19-00532-RAO |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| ANDREW M. SAUL[1], Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND FIVE HUNDRED NINETEEN DOLLARS and 64/cents ($3,519.64), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: June 9, 2020        _____
                            HONORABLE ROZELLA A. OLIVER
                            UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul is now the Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1